UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2:08-cv-21 <br><br> The Honorable T. John Ward <br> United States District Judge |

### NOTICE OF FILING OF AGREED MOTION TO CONSOLIDATE

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2008, Plaintiff Minerva Industries, Inc. filed an Agreed Motion to Consolidate in the matter of *Minerva Industries, Inc. v. Motorola, Inc., et al.*, Civil Action No. 2:07-cv-229, requesting that this Court consolidate the above-captioned case entitled *Minerva Industries, Inc. v. Motorola, Inc., et al.*, Civil Action No. 2:08-cv-21 with cases captioned *Minerva Industries, Inc. v. Motorola, Inc., et al.*, Civil Action No. 2:07-cv-229; *Minerva Industries, Inc. v. Research in Motion Corporation, et al.*, Civil Action No. 2:07-cv-230; and *Minerva Industries, Inc. v. Research in Motion Corporation, et al.*, Civil Action No. 2:08-cv-20, all currently pending in this Court before The Honorable T. John Ward. Attached hereto, as Exhibit A, is a true and correct copy of the Agreed Motion to Consolidate,

along with the parties' Consents to Consolidate and Proceed before United States Magistrate Judge.

Dated: August 13, 2008

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar # 181067
E-mail: mfenster@raklaw.com
David R. Gabor, *pro hac vice,* CA Bar #145729
E-mail: dgabor@raklaw.com
Irene Y. Lee, *pro hac vice,* CA Bar # 213625
E-mail: ilee@raklaw.com
Eric B. Carlson, *pro hac vice,* CA Bar # 193401
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite, *pro hac vice,* CA Bar #23767; E-mail: rsatterthwaite@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Attorneys for Plaintiff Minerva Industries, Inc.

Otis W. Carroll, TX Bar # 03895700
Attorney-In-Charge
E-mail: otiscarroll@icklaw.com
Collin M. Maloney, TX Bar # 00794219
E-mail: cmaloney@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
South Broadway at Grande Boulevard
Tyler, Texas 75703
903/561-1600
903/581-1071 - fax
Mailing Address:
P. O. Box 75711
Tyler, Texas 75711

S. Calvin Capshaw, III, TX Bar # 0378390
E-mail: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux, TX Bar # 05770585
E-mail: ederieux@capshawlaw.com
N. Claire Abernathy, TX Bar # 24053063
E-mail: chenry@capshawlaw.com
Jedidiah J. Rollins, TX Bar # 24056650
E-mail: jrollins@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
P O Box 3999
Longview, Texas 75606
903/236-9800
903/236-8787 – fax

Franklin Jones Jr., TX Bar # 00000055
maizieh@millerfirm.com
JONES & JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
903/938-4395
903/938-3360 - fax

Attorneys for Plaintiff Minerva Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 13, 2008. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By:   /s/ Marc A. Fenster
      Marc A. Fenster