**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| V. | § | No. 2:08-CV-21-CE |
| | § | |
| MOTOROLA, INC., ET AL | § | |

**ORDER OF RECUSAL**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 17th day of February, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE